# U.S. District Court Western District Virginia

Moorish Science Temple of America-
ex rel. Sheik Hunter EL, relator

v

the United States and its Dept. of
Justice Bureau of Prisons, defendant(s)

## ALIEN TORT CLAIM

This Court's jurisdiction is invoked by 28 U.S.C.A. § 1350 !

DECLARATION: "La illah illa Allah, Mohammedan rasul Allah" (There is no deity except Allah, Mohammed is the messenger of Allah)

## STATEMENT OF CLAIM

1) Relator claims that the defendant(s) have violated relator's safe-conduct "(passport book)" and the diplomatic protection it grants, and defendant(s) have violated privileges and immunities of an ambassador-at-large under the law of nations, see relator's "corporate registration" marked OUR AUTHORITY at the top; and

2) Relator claims that he is being illegally detained in the Western District of Virginia, by defendant(s) in violation of relator's "passport book", "corporate registration", and status as Sheik (ambassador-at-large) under the law of nations; and

3) Relator's "corporate registration" is a Charter, and a statutory grant of authority to relator under the Great Koran of Mohammed, appointing relator Sheik - a foreign sovereign; and is filed for record with the Cook County Recorder of Deeds in Chicago, Illinois which filing gave World Notice, see recorder of deeds, Doc# 1221657012; and

4) Relator is a <u>subject of the Sultan of Mecca</u>, and the Moorish Science Temple of America is a member of the "families of nations"; and

5) A "passport book" is a <u>universally accepted</u> proof of identification and nationality. Relator's "passport book" is white, blue, and red and sealed on the front cover with the Sultan's seal (circle seven), with a picture of the Sultan on his throne on page 2, and a picture of Noble Drew Ali on page 1, along with two more seals. Noble Drew Ali is a royal council member; and

6) Relator's "passport book" vests relator with royal jurisdiction, and the diplomatic protection of Mecca, "Freedom of the City of Mecca"; and

7) On the document titled, "U.S. Dept. of Justice Executive Office for immigration review", on page 2, at the very bottom, above the date, is proof that I am considered an <u>Alien</u>, because that is what is marked by the U.S. Dept. of Justice. The other documents which are stapled together are proof that relator attempted to resolve this issue with the Dept. of Justice administratively, which resulted in the <u>destruction</u> of relator's "passport book", "corporate registration", and other legal papers. Relator is just a stranger in a strange land whom has been seeking safe passage; and

8) Relator hereby invokes his "tribal sovereign immunity" by authority of his "corporate registration" which issue is jurisdictional.

### REMEDY

Relator asks for indemnity under the law of nations in the amount of One Hundred Billion Dollars ($100,000,000,000.00) for violation(s) of the privileges and immunities of an ambassador-at-large (Sheik),

violation(s) of relator's "passport book" and its diplomatic protection(s), violation of relator's right to liberty, and the inviolability of his person and property, destruction of relator's "corporate registration (Charter)", "passport book", and legal papers, and all damages to relator's dignity etc.!

Relator hereby swears by Allah, that the facts stated herein are true and correct..

June 6, 2019
Date

"without prejudice"
Moorish Science Temple of America-
/s/ ex rel. Sheik Hunter EL
Moorish Science Temple of America-
ex rel. Sheik Hunter EL
05634-090
U.S.P. Lee
P.O. Box 305
Jonesville, Virginia 24263